# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET
POUGHKEEPSIE, NEW YORK 12601

PHONE (845) 473-0427
FAX (845) 473-0428

THOMAS M. GAMBINO, ESQ.
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM
KDEMERS.GAMBINODEMERS@GMAIL.COM

May 23, 2024

**Via ECF and email**
Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
chambersnyseibel@nysd.uscourts.gov

*Granted on consent. The 5/30/24 in-person discovery conference is adjourned to 6/21/24 at 11:45 a.m. Plaintiff's letter stating his position is still due no later than 5/24/24.*

*5/23/24   SO ORDERED.*

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re:     **Peter Valdez v. Wells Fargo - Docket No. 23-cv-07279**

Dear Judge Seibel:

The above matter is scheduled for a discovery hearing before the Court on May 30, 2024 at 10:30 a.m.  With consent of defense counsel, I am respectfully requesting a brief adjournment of this appearance as I am previously scheduled for a hearing before the NYSDHR at that time in the matter of *Smith v. Patterson Fire Dept. No. 1 Inc.*

If convenient to the Court, counsel for all parties can be available on the following dates and times:

> June 5 (p.m.),
> June 13 (a.m.),
> June 18 (p.m.),
> June 19,
> June 21,
> June 26 (p.m.),
> June 28 (p.m.).

Thank you for your consideration.

Very truly yours,

___/s Thomas M. Gambino____
Thomas M. Gambino, Esq.

c:     Colleen P. Tandy, Esq. – via ecf