

fisherphillips.com

New Jersey
430 Mountain Avenue
Suite 303
Murray Hill, NJ  07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
908 516 1057

**Writer's E-mail:**
ctandy@fisherphillips.com

August 5, 2024

**VIA ECF AND EMAIL**
Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

> The mediation is stayed.  But the request for an extension of the discovery deadline is denied without prejudice to renewal with a better explanation as to why the remaining three months is not sufficient for the completion of fact discovery.
>
> 08/06/24
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

Re:   *Valdez v. Wells Fargo Advisors, LLC*
       Civil Action No. 7:23-CV-07279 (CS)

Dear Judge Seibel:

This Firm represents Defendant Wells Fargo Advisors, LLC ("Defendant" or "Wells Fargo") in the above referenced matter.  Please accept this joint letter from the parties requesting a stay of mediation currently scheduled for August 8, 2024.

Prior to mediation, Defendant requested that Plaintiff provide a revised demand so that the parties could engage in a productive mediation session.  Plaintiff provided that revised demand on August 1, 2024.  Unfortunately, the parties remain further apart than anticipated, and the parties agree mediation would not be an efficient use of time or resources at this juncture.  The parties think additional discovery and depositions may be necessary before mediation.

Although Plaintiff declined to file an amended complaint, the parties anticipate that they will need additional time for discovery.  The fact discovery deadline is currently October 30, 2024.  In order to allow the parties sufficient time to complete paper discovery, take depositions (the parties estimate 3-5 total depositions) and schedule mediation, the parties request that the end date for fact discovery be extended until December 31, 2024.  The parties further request that the Court-Ordered mediation be open through November 2024.

**Fisher & Phillips LLP**

Atlanta  Baltimore  Boston  Charlotte  Chicago  Cleveland  Columbia  Columbus  Dallas  Denver  Detroit  Fort Lauderdale  Gulfport  Houston  Irvine  Kansas City  Las Vegas  Los Angeles  Louisville  McLean  Memphis  Minneapolis  Nashville  New Jersey  New Orleans  New York  Orlando  Philadelphia  Phoenix  Pittsburgh  Portland  Sacramento  San Diego  San Francisco  Seattle  Tampa  Washington, DC  Woodland Hills

FP 51765160.1

Hon. Cathy Seibel, U.S.D.J.
August 5, 2024
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

**Colleen P. Tandy**
For FISHER & PHILLIPS LLP

FP 51765160.1