

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ 07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
908 516 1057

**Writer's E-mail:**
ctandy@fisherphillips.com

October 30, 2024

*VIA ECF AND EMAIL*
Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

This case is removed from mediation.

SO ORDERED.

*[signature]* 10/31/24
CATHY SEIBEL, U.S.D.J.

      **Re:**   *Valdez v. Wells Fargo Advisors, LLC*
             Civil Action No. 7:23-CV-07279 (CS)

Dear Judge Seibel:

      This Firm represents Defendant Wells Fargo Advisors, LLC ("Defendant" or "Wells Fargo") in the above referenced matter. Please accept this letter to request relief from the Court's December 21, 2023 Mediation Referral Order. On August 6, 2024, Your Honor extended the time for the mediation to be scheduled through November 2024. (Document 36). The parties have engaged in settlement discussions but, at this time, Defendant believes that Plaintiff's deposition needs to take place before any meaningful settlement discussions. Plaintiff's deposition is currently scheduled for December 10, 2024. As such, Defendant respectfully requests relief from the Order of Referral to Mediation.

      We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              *[signature]*

                              **Colleen P. Tandy**
                              For FISHER & PHILLIPS LLP

CPT:DJK:ajr

**Fisher & Phillips LLP**
Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

FP 52644267.1