UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER F. VALDEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>WELLS FARGO ADVISORS, LLC,<br><br>            Defendant. | Civil Action No. 7:23-cv-07279 (CS)<br><br>**ORDER ALLOWING DEFENDANT TO FILE CERTAIN CONFIDENTIAL DOCUMENTS UNDER SEAL** |

**THIS MATTER** having been brought before this Court by Colleen P. Tandy, Esq., counsel for Defendant Wells Fargo Advisors, LLC ("Defendant") for an Order allowing Defendant to File Under Seal for Selected Parties Viewing Level certain confidential documents with Defendant's upcoming Motion for Summary Judgment; and the Court having considered the moving papers and the documents in question; and for good cause shown;

**IT IS** on this _____ day of April, 2025

**ORDERED** that Confidential Documents submitted as Exhibits 4, 5, 6, 15, 16, 27, 30, 35 and 36 to the Certification of Colleen P. Tandy, Esq., dated February 28, 2025, are hereby permitted to be filed under seal when Defendant electronically files its Motion for Summary Judgment on May 1st, 2025.

Dated:  4/23/25

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

The Clerk shall terminate ECF No. 47.

FP 54629443.1