**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 PETER F. VALDEZ,

                                    Plaintiff,

               -against-                                                23 **CIVIL** 7279 (VB)

                                                                        **JUDGMENT**

WELLS FARGO ADVISORS, LLC.,

                                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 25, 2026, the motion for summary judgment

is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

        March 25, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                                BY:
                                        _____
                                                **Deputy Clerk**